# U.S. District Court
## Northern District of Florida (Panama City)
### CIVIL DOCKET FOR CASE #: 5:10−cv−00126−RS−MD

| | |
|---|---|
| NOBLES v. BP EXPLORATION &PRODUCTION INC et al | Date Filed: 05/20/2010 |
| Assigned to: JUDGE RICHARD SMOAK | Date Terminated: 05/27/2010 |
| Referred to: MAGISTRATE JUDGE MILES DAVIS | Jury Demand: Plaintiff |
| Cause: 28:1331 Fed. Question | Nature of Suit: 380 Personal Property: Other |
| | Jurisdiction: Diversity |

**Plaintiff**

**VICKIE NOBLES**　　　　　represented by　**ALEXANDER WELLS PEET**
*AND ALL OTHERS SIMILARLY SITUATED*　　　　　LOVELACE LAW FIRM PA – MIRAMAR FL
　　　　　12870 US HWY 98 W STE 200
　　　　　MIRAMAR BEACH, FL 32550
　　　　　850−837−6020
　　　　　Fax: 850−837−4093
　　　　　Email: alex@lovelacelaw.com
　　　　　*ATTORNEY TO BE NOTICED*

　　　　　**DEWITT M LOVELACE**
　　　　　LOVELACE LAW FIRM PA – MIRAMAR FL
　　　　　12870 US HWY 98 W STE 200
　　　　　MIRAMAR BEACH, FL 32550
　　　　　850/837−6020
　　　　　Fax: 837−4093
　　　　　Email: dml@lovelacelaw.com
　　　　　*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**BP EXPLORATION &PRODUCTION INC**

**Defendant**

**TRANSOCEAN DEEPWATER INC**　　　　　represented by　**JAIME WILLIAM BETBEZE**
　　　　　HAND ARENDALL LLC – MOBILE AL
　　　　　RSA TOWER
　　　　　11 N WATER ST STE 30200
　　　　　MOBILE, AL 36602
　　　　　251/432−5511
　　　　　Fax: 694−6375
　　　　　Email: jbetbeze@handarendall.com
　　　　　*ATTORNEY TO BE NOTICED*

**Defendant**

**M−I LLC**

**Defendant**

**ANADARKO PETROLEUM CORP**

**Defendant**

**MOEX OFFSHORE 2007 LLC**

**Defendant**

| | | |
|---|---|---|
| **TRANSOCEAN OFFSHORE DEEPWATER DRILLING INC** | represented by | **JAIME WILLIAM BETBEZE** (See above for address) *ATTORNEY TO BE NOTICED* |

**Defendant**

**TRANSOCEAN LTD**

**Defendant**

**BP AMERICA INC**

**Defendant**

**BP COMPANY NORTH AMERICA INC**

**Defendant**

**BP CORPORATION NORTH AMERICA INC**

**Defendant**

**BP PRODUCTS NORTH AMERICA INC**

**Defendant**

**BP PLC**

**Defendant**

**HALLIBURTON ENERGY SERVICES INC**

**Defendant**

**CAMERON INTERNATIONAL CORPORATION**
*formerly known as*
COOPER CAMERON CORPORATION

| Date Filed | # | Docket Text |
|---|---|---|
| 05/20/2010 | Ï 1 | COMPLAINT against ANADARKO PETROLEUM CORP, BP AMERICA INC, BP COMPANY NORTH AMERICA INC, BP CORPORATION NORTH AMERICA INC, BP EXPLORATION &PRODUCTION INC, BP PLC, BP PRODUCTS NORTH AMERICA INC, CAMERON INTERNATIONAL CORPORATION, HALLIBURTON ENERGY SERVICES INC, M–I LLC, MOEX OFFSHORE 2007 LLC, TRANSOCEAN DEEPWATER INC, TRANSOCEAN LTD, TRANSOCEAN OFFSHORE DEEPWATER DRILLING INC ( Filing fee $ |

| | | |
|---|---|---|
| | | 350 receipt number 1129–1584553.), filed by VICKIE NOBLES. (Attachments: # 1 SUMMONS, # 2 SUMMONS, # 3 SUMMONS, # 4 SUMMONS, # 5 SUMMONS, # 6 SUMMONS, # 7 SUMMONS, # 8 SUMMONS, # 9 SUMMONS, # 10 SUMMONS, # 11 SUMMONS, # 12 SUMMONS, # 13 SUMMONS, # 14 SUMMONS) (LOVELACE, DEWITT) (Entered: 05/20/2010) |
| 05/20/2010 | Ï 2 | CIVIL COVER SHEET. (LOVELACE, DEWITT) (Entered: 05/20/2010) |
| 05/21/2010 | Ï 3 | NOTICE *of Filing in MDL Docket No. 2179 of Brief of Certain Plaintiffs in Response to Motion to Transfer Actions for Coordinated or Consolidated Pretrial Proceedings and Urging Transfer to the Southern District of Alabama* by Billy Wilkerson (NICHOLAS, STEVEN) (Entered: 05/21/2010) |
| 05/25/2010 | Ï 4 | MOTION to Transfer Case to Middle District of Florida, Jacksonville Division by VICKIE NOBLES. (Internal deadline for referral to judge if response not filed earlier: **6/14/2010**). (LOVELACE, DEWITT) (Entered: 05/25/2010) |
| 05/26/2010 | Ï 5 | NOTICE *OF COMPLAINT AND PETITION FOR EXONERATION FROM OR LIMITATION OF LIABILITY ORDER RESTRAINING PROSECUTION OF CLAIMS AND RELATED ORDERS AND PAPERS* by TRANSOCEAN DEEPWATER INC, TRANSOCEAN OFFSHORE DEEPWATER DRILLING INC (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4) (BETBEZE, JAIME) (Entered: 05/26/2010) |
| 05/27/2010 | Ï 6 | ORDER granted 4 Motion to Transfer Case. The clerk is directed to transfer the case file to the USDC for the Middle District of Florida, Jacksonville Division, for reassignment. Signed by JUDGE RICHARD SMOAK on 5/27/2010. (sea) (Entered: 05/27/2010) |
| 05/27/2010 | Ï 7 | Interdistrict Transfer to the Middle District of Florida, Jacksonville located at Bryan Simpson United States Courthouse, 300 North Hogan Street, Jacksonville, FL 32202. (sea) (Entered: 05/27/2010) |